26 Ill. App.2d 398 (1960)
168 N.E.2d 451
Adeline Galatzer, Plaintiff-Appellant,
v.
Richard Schwartz, Defendant-Appellee.
Gen. No. 47,935.
Illinois Appellate Court  First District, First Division.
July 1, 1960.
James A. Dooley, of Chicago, for appellant.
Wyatt Jacobs, Jacobs, Miller and Lederleitner, of Chicago (Joseph B. Lederleitner, of counsel) for appellee.
(Abstract of Decision.)
Opinion by PRESIDING JUSTICE KILEY.
Reversed and remanded with directions.
Not to be published in full.